Date of Arrest: 08/13

# United States District Court

### DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Jose David MORALES-Perez<br>AKA: None Known<br>213373341<br>YOB: 1997<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. 20-1282MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a) Re-Entry After Deport |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about August 13, 2020, Defendant Jose David MORALES-Perez, an alien, was found in the United States at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of San Luis, Arizona on or about August 10, 2020. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Ballos
JWL for John Ballos

Signature of Complainant
Christopher Bellezza
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____August 14, 2020_____  at  Yuma, Arizona
Date                                             City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer            Signature of Judicial Officer

- 1 -

UNITED STATES OF AMERICA,

Vs.

Jose David MORALES-Perez
AKA: None Known
213373341

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about August 13, 2020, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Yuma, Arizona on or about August 10, 2020. The Defendant has been removed on one previous occasion. The Defendant was most recently removed on or about August 10, 2020, through the port of San Luis, Arizona.

Agents determined that on or about August 13, 2020, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: Border Patrol Agent Kaylee Tang, Border Patrol Agent Juan Hernandez, and Border Patrol Agent Armando Gurrero.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: Border Patrol Agent Erin Hughes and Border Patrol Alfredo Chavez.

_____
Signature of Complainant

Sworn to before me and subscribed telephonically,

August 14, 2020
Date

_____
Signature of Judicial Officer

- 2 -